HARTFORD NATIONAL BANK AND TRUST COMPANY *v.*
PAUL T. DiFAZIO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 6 Conn. App. 576, is denied.

*Robert L. Hirtle,* in support of the petition.

*Thelma A. Santos,* in opposition.

Decided June 3, 1986

JOHN JOSEPH JACOBS *v.* CROWN, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 296, is denied.

*Herbert Watstein,* in support of the petition.

*Maureen Danehy Cox,* in opposition.

Decided June 3, 1986

STATE OF CONNECTICUT *v.* THOMAS FARRAR
STATE OF CONNECTICUT *v.* CLINTON LANGLEY

The defendants' petition for certification for appeal from the Appellate Court, 7 Conn. App. 149, is denied.

*John R. Williams,* in support of the petition.

Decided June 12, 1986

STATE OF CONNECTICUT *v.* JEFFREY MITCHELL
STATE OF CONNECTICUT *v.* HOWARD TINNEY, JR.

The defendants' petition for certification for appeal from the Appellate Court, 7 Conn. App. 46, is granted.

*Milo J. Altschuler,* in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided June 12, 1986

CAMILLE ADDARIO ET AL. *v.* LAVIN ENTERPRISES, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court is denied.

*Joy Kony Peshkin,* in support of the petition.

*Richard E. MacLean,* in opposition.

Decided June 12, 1986